BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tele: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
*Attorney for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SATICOY BAY, LLC, SERIES 3338 FLYING COLT, a Nevada series limited liability company,<br><br>                              Plaintiff,<br>v.<br><br>NATIONSTAR MORTGAGE LLC; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>                              Defendants. | Case No.:   2:22-cv-00228-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE AN REPLY TO THE MOTION TO DISMISS** |

Nationstar Mortgage, LLC (**Nationstar**) and Plaintiff Saticoy Bay, LLC Series 3338 Flying Colt's (**SB**) hereby stipulate and agree that the deadline to file the reply to the Motion for Dismiss (ECF No. 6) shall be March 15, 2022.

Page 1

124493869

DATED March 8, 2022.

| | |
|---|---|
| By:    /s/ Brody R. Wight<br>Brody R. Wight, Esq.<br>Nevada Bar Number 13615<br>TROUTMAN PEPPER LLP<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV  89123 *(Nevada Office)*<br>Telephone: (470) 832-5577<br>Email: brody.wight@troutman.com<br>*Attorneys for Defendants Nationstar Mortgage LLC* | By:    /s/ Christopher L. Benner<br>Christopher L. Benner, Esq.<br>Nevada Bar Number 4958<br>ROGER P. CROTEAU & ASSOCIATES<br>2810 West Charleston Blvd., Suite 75<br>Las Vegas, NV 89102<br>Telephone: (702) 254-7775<br>Email: chris@croteaulaw.com;<br>*Attorney for Saticoy Bay, LLC Series 3338 Flying Colt.* |

## **ORDER**

**IT IS HEREBY ORDERED** that any reply in support of the Motion to Dismiss filed by Defendant Nationstar Mortgage LLC (ECF No. 6), which was filed on February 15, 2022, shall be filed by March 15, 2022.

Dated this __9th__ day of ___March___, 2022

_____
DISTRICT COURT JUDGE