UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC, SERIES 3338 FLYING COLT,<br><br>Plaintiff<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Defendant | Case No.: 2:22-cv-00228-APG-EJY<br><br>**Order Closing Case**<br><br>[ECF No. 6] |

    I previously dismissed plaintiff Saticoy Bay LLC, Series 3338 Flying Colt's first four claims with prejudice because amendment would be futile. ECF No. 13.  I also dismissed Saticoy's unjust enrichment claim, but with leave to amend. *Id.* at 5-7.  I advised Saticoy that if it did not file an amended complaint by April 29, 2022, I would dismiss the unjust enrichment claim with prejudice and enter final judgment. *Id.* at 7.  Saticoy did not file an amended complaint.

    I THEREFORE ORDER that plaintiff Saticoy Bay LLC, Series 3338 Flying Colt's unjust enrichment claim is dismissed with prejudice.

    I FURTHER ORDER the clerk of court to enter final judgment in favor of defendant Nationstar Mortgage, LLC and against plaintiff Saticoy Bay LLC, Series 3338 Flying Colt, and to close this case.

    DATED this 18th day of May, 2022.

                                                                     ANDREW P. GORDON<br>
                                                                     UNITED STATES DISTRICT JUDGE